UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SACRED HEART MEDICAL CENTER,<br><br>　　Plaintiff, Counter-Defendant,<br><br>　vs.<br><br>UFCW LOCAL 21 UNION,<br><br>　　Defendant, Counter-Claimant. | NO. CV-09-00333-JLQ<br><br>**ORDER FOR ENTRY OF JUDGMENT OF DISMISSAL** |

**IT IS HEREBY ORDERED:**

The Parties' Joint Stipulation for Dismissal with Prejudice (Ct. Rec. 14), construed by the court as a Joint Motion, is **GRANTED.** The matter having been settled, the Clerk of this court shall enter judgment dismissing the Petition to Vacate Arbitration Award (Ct. Rec. 1) and the claims therein with prejudice, without costs or attorney's fees to any party hereto.

The Clerk is hereby directed to enter this Order, enter judgment of dismissal with prejudice, furnish copies to counsel and close this file.

**DATED** this 18th day of February, 2010.

　　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1