AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SACRED HEART MEDICAL CENTER,

      Plaintiff,

      v.

UFCW LOCAL 21 UNION, et al.,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-333-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Parties' Joint Stipulation for Dismissal with Prejudice (Ct. Rec. 14), construed by the Court as a Joint Motion, is GRANTED.  The matter having been settled, the clerk of this court shall enter judgment dismissing the Petition to Vacate Arbitration Award (Ct. Rec. 1) and the claims therein with prejudice, without costs of attorney's fees to any party hereto.  Close the file.

February 18, 2010  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Cheryl Switzer  
*(By) Deputy Clerk*  
Cheryl Switzer